# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) Case No. 1:09cr134 (LO) |
| PHILLIP W. OFFILL, | )<br>)<br>) |
| Defendant. | )<br>) |

## MOTION TO QUASH SUBPOENA

COMES NOW subpoenaed witness TIMOTHY T. PAGE (hereinafter, Mr. Page), by and through counsel, and moves this Honorable Court for the entry of an Order Quashing the trial

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on the 15th day of January, 2010, I hand-delivered and filed the foregoing with the Clerk of the Court using the initiating document aspect of the CM/ECF