# United States District Court

EASTERN DISTRICT OF VIRGINIA

FILED IN OPEN COURT
JAN 28 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | VERDICT |
| v. | CRIMINAL NO.: 1:09CR00134-001 |
| PHILLIP WINDOM OFFILL, JR. | |

**WE, THE JURY, FIND THE DEFENDANT, PHILLIP WINDOM OFFILL, JR.:**

As to Count 1:

(a) Conspiracy to Commit Securities Registration Violations (from in or about March 2004 through in or about October 2004):

_____ Not Guilty

\_\_\_✓\_\_\_ Guilty

(b) Conspiracy to Commit Securities Fraud (from in or about March 2004 through in or about October 2004):

_____ Not Guilty

\_\_\_✓\_\_\_ Guilty

(c) Conspiracy to Commit Wire Fraud (from in or about March 2004 through in or about October 2004):

_____ Not Guilty

\_\_\_✓\_\_\_ Guilty

**As to Count 2, Wire Fraud (07-01-2004):**

_____ Not Guilty

\_\_\_✓\_\_\_\_\_ Guilty

**As to Count 3, Wire Fraud (07-15-2004):**

_____ Not Guilty

\_\_\_✓\_\_\_\_\_ Guilty

**As to Count 4, Wire Fraud (07-20-2004):**

_____ Not Guilty

\_\_\_✓\_\_\_\_\_ Guilty

**As to Count 5, Wire Fraud (07-20-2004):**

_____ Not Guilty

\_\_\_✓\_\_\_\_\_ Guilty

**As to Count 6, Wire Fraud (07-22-2004):**

_____ Not Guilty

\_\_\_✓\_\_\_\_\_ Guilty

JURY VERDICT
RE: 1:09CR134
Page 3

**As to Count 7, Wire Fraud (07-22-2004):**

_____ Not Guilty

\_\_\_\_✓_____ Guilty

**As to Count 8, Wire Fraud (07-22-2004):**

_____ Not Guilty

\_\_\_\_✓_____ Guilty

**As to Count 9, Wire Fraud (07-23-2004):**

_____ Not Guilty

\_\_\_\_✓_____ Guilty

**As to Count 10, Wire Fraud (08-06-2004):**

_____ Not Guilty

\_\_\_\_✓_____ Guilty

\_\_\_\_[redacted]_____  \_\_\_01/28/2010_____
Foreperson's Signature              Date